```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,      )
                               )         4:99CR3028
          Plaintiff,           )
                               )
     vs.                       )         ORDER
                               )
DANIEL DRAYER,                 )
                               )
          Defendant.           )
```

IT IS ORDERED that a revocation hearing is set to commence at **10:45 a.m.** on **May 26, 2006**, before the Hon. Lyle E. Strom, United States Senior District Judge, Courtroom #5, Roman L. Hruska U.S. Courthouse, Omaha, Nebraska.

Dated: May 10, 2006

                    BY THE COURT

                    s/ David L. Piester
                    ─────────────────────────────
                    United States Magistrate Judge