IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3028 |
| | ) | |
| v. | ) | |
| | ) | |
| DAN DRAYER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On May 26, 2006, the defendant appeared with Counsel, David O'Neill, Assistant Federal Public Defender, for dispositional hearing on the Petition for Offender under Supervision (Filing # 74). Plaintiff was represented by Assistant United States Attorney, William W. Mickle, II.

After being advised of the potential penalties, defendant admitted violating the special condition which required that he complete 200 hours of community service as approved and directed by the United States Probation Officer, with written proof of the number of hours completed.

Based upon defendant's admission, the Court finds defendant has violated the terms and conditions of his probation.

IT IS ORDERED:

1) The five (5) year term of probation previously imposed is hereby terminated and revoked.

2

2) Defendant is hereby placed on a one (1) year term of supervised release, under the same terms and conditions previously imposed.

DATED this 2nd day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court